29 A.3d 368

Willie STOKES, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA
COUNTY, Respondent.

No. 59 EM 2011.

Supreme Court of Pennsylvania.

Sept. 21, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 21st day of September, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief. is **DENIED.**